UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHIE HILARIO,<br><br>　　　　　Defendant. | 18-cr-637(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

　　On November 6, 2020, defendant Richie Hilario filed a pro se motion for compassionate release in light of the coronavirus pandemic. Hilario previously filed such a motion in July 2020. See Dkt. No. 62. The Court denied that motion, finding that Hilario, who is 22 years old and was in good health at the time of his sentencing in 2019, had failed to demonstrate the existence of "extraordinary and compelling reasons" warranting his release. Dkt. No. 61.

　　For substantially the reasons set forth in the Court's prior order, the Court denies Hilario's second motion for compassionate release. While Hilario now states that he was diagnosed with high blood pressure in October 2020, that is insufficient, on its own, to give rise to extraordinary and compelling reasons warranting his release, especially given his age and otherwise good health.

1

SO ORDERED.

Dated:   New York, NY

        November 16, 2020

_____
JED S. RAKOFF, U.S.D.J.